AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

DEVEN KIMBERLY

CASE NUMBER: 14-CV-06847

V.

ASSIGNED JUDGE: John W. Darrah

DETECTIVE HENRY BARSCH,
DETECTIVE MATTHEW WEBER and
the CITY OF CHICAGO

DESIGNATED
MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

The City of Chicago
C/O City Clerk Susana Mendoza
121 North LaSalle Street
Room #107A
Chicago, Illinois 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
1901 Butterfield Road
Suite #650
Downers Grove, Illinois 60515

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



September 17, 2014

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Tuesday, September 23, 2014 |
| NAME OF SERVER (PRINT)<br>James R. Kirby | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by handing copies to Nancy Nieminski, employee of the City of Chicago City Clerk Susana Mendoza, at 121 North LaSalle Street, Room # 107A, Chicago, Illinois.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 24, 2014       *James R Kirby*
           Date                       Signature of Server

909 S. Route 83, Suite 103, Elmhurst, IL 60126
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.